**UNITED STATES of America, Plaintiff–Appellee,**

v.

**SEALED JUVENILE 1, Defendant–Appellant.**

**No. 04–30375.**
**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Decided Oct. 21, 2005.

Before SMITH, GARZA and PRADO, Circuit Judges.

PER CURIAM: *

Before the court is an interlocutory appeal of an order by the district court transferring appellant, a juvenile male, for prosecution as an adult under 18 U.S.C. § 5032. Appellant argues that the district court abused its discretion in granting the Government's motion to transfer proceedings against the juvenile to an adult criminal prosecution. We have reviewed the record and briefs of counsel and find no abuse of discretion. *United States v. Juvenile No. 1,* 118 F.3d 298, 307 (5th Cir. 1997). Accordingly, we AFFIRM the district court's order of transfer.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.